OSCAR EPSTEIN, Respondent, v. JOHN REDLICH and MORRIS MILLER, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion on the imposition of twenty-five dollars costs.

FRIEDA KAEHLER and CHARLES KAEHLER, Plaintiffs, v. NORTH GERMAN LLOYD, Respondent, and ATLANTIC BASIN IRON WORKS, INC., Impleaded Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the impleaded defendant to answer within ten days after service of order on payment of said costs, and without prejudice to a motion by the impleaded defendant upon the trial for a dismissal of the cross-claim, if plaintiffs proceed upon any other theory than faulty construction. No opinion. Present — Martin, P. J., O'Malley, Dore and Callahan, JJ.

In the Matter of the Application of GERTRUDE MORRIS, Substituted Committee of the Person and Property of WADE A. MORRIS, an Incompetent Person, for Leave to File a Final Account of This Proceeding, and to Be Discharged as Committee. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; ABRAHAM LEVY, Attorney for GERTRUDE MORRIS, and ABRAHAM BINDER, Special Guardian, Respondents.— Order, so far as appealed from, unanimously modified by reducing the amount of the fee to Abraham Levy, attorney, to the sum of $100, and to Abraham Binder, special guardian, to the sum of twenty-five dollars, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of MARIA GABRIELLA MIGLIETTA, a Stockholder in the Twenty-six Sixty Broadway Corporation, for the Appointment of Appraisers to Appraise the Value of Her Stock. In the Matter of the Application of WILLIAM F. WALSH and Others — MARIA GABRIELLA MIGLIETTA and Others — TWENTY-SIX SIXTY BROADWAY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of STERLING ST. JOHN and JOHN F. BOYER, as Executors of the Estate of VICTORIA MORRIS, Deceased, and for a Construction of the Decedent's Will. SEAMEN'S CHURCH INSTITUTE OF NEW YORK — BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAMIE LAWRENCE, as Administratrix, etc., of FRANK C. LAWRENCE, Deceased, v. PACKARD MOTOR CAR COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.